1  Your Name: *Robert Boyd*

2  Address: *904 Camden Avenue*

3  Phone Number: *502 356 0322*

4  Fax Number:

5  E-mail Address: *Cruel.4u@gmail.com*

6  Pro Se Plaintiff *Pro Person9*

FILED

AUG 1 1 2025

VPP

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                                **CV25-6786**

11  *Robert Boyd, RobRun*

12  *Corleone LLC* Plaintiff,                    Case Number    [leave blank]

                                                                **JCS**
13
                        v.                       **COMPLAINT**
14

15  *Youtube LLC*
    *Google LLC*                                 DEMAND FOR JURY TRIAL
16  *Alphabet Inc* Defendant.
                                                 Yes ☑    No ☐
17

18  **I.    PARTIES**

19  1.  Plaintiff.  [Write your name, address, and phone number. Add a page for additional plaintiffs.]

20      Name:          *Robert Boyd*

21      Address:       *904 Camden Avenue*

22      Telephone:     *502 356 0322*

23

24  2.  Defendants.  [Write each defendant's full name, address, and phone number.]

25      Defendant 1:

26      Name:          *Youtube, Google LLC*

27      Address:       *901 Cherry Ave San Bruno, CA 94066*

28      Telephone:     *San Bruno CA 94066* *n/A*

COMPLAINT                    Page 1 of 8              JDC TEMPLATE, UPDATED 8/2024

Defendant 2:

Name: _____ Google LLC _____

Address: _____ 901 Cherry Ave San Bruno CA 94066 _____

Telephone: _____

Defendant 3:

Name: _____ Alphabet Inc _____

Address: _____ 1600 Amphitheatre Parkway, mauntaboulyw _____

Telephone: _____ CA 94043 _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____ 5th, 6th, 13th, 8th, 14th Amendment, 1st Amendment _____

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☑ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

1    I live in this district.

2    ☑ at least one defendant is located in this District and any other defendants are located in California.

3

4    **IV.    INTRADISTRICT ASSIGNMENT**

5 This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

6 First write in the county in which the events you are suing about happened, and then match it to the correct

7 division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

8 San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa

9 Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

10 counties, only if all parties consent to a magistrate judge.

11 1. Because this lawsuit arose in ___Santa Clara___ County, it should be assigned to the

12 ___Northern District___ Division of this Court.

13

14    **V.    STATEMENT OF FACTS**

15 Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

16 happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

17 starting with paragraph number 6. Use more pages as needed.

18 My youtube channel was terminated

19 because A video was uploaded. After my

20 phone was stolen. The video violated

21 youtube Policy. youtube States that

22 the video involved Kids which is vague

23 because youtube doesn't require An Age

24 verification before uploading A video,

25 youtube Stated the video was dangerous

26 which is discrimatory and Subjective

27 to the decision maker because noone

28 was injured but their are videos

on youtube were kids are injured
that are not considered dangerous
and do not violate ~~____~~. Policy. Despite
A police report filed youtube refused
to reinstate the channel after an
appeal. They also refused to Pay
~~____~~ money made from commercials
on the youtube channel and
products sold within the
90 days as required by
the contract which is A
violation of federal labor laws.
~~_____~~

1

## VI.    CLAIMS

2

### First Claim

3   Name the law or right violated:

4   _5th 14th 8th Amendment_

5   Name the defendants who violated it:

6   _Google, youtube, Alphabet Inc_

7   Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

8   do not need to make legal arguments. You can refer to your statement of facts.

9   Plaintiff is entitled to Due process of law, by

10  ~~Defendants cannot discriminate~~

11  the 5th Amendment. The 14th Amendment

12  guarantee all is created equally. Cruel

13  and Unsual punishment is an 8th Amend

14  ment law. The human ~~beings~~

15  See attachments:

16  I am injured because youtube or

17  Google withheld Payment, took my

18  Channel and I face Civil

19  disability because I cannot

20  earn wages nor retrieve

21  wages owed to me.

22

23

24

25

26

27

28

_____ **Claim**

Name the law or right violated:

15 USC 650/and 47 USC 230(a), title 5 Privacy law

Name the defendants who violated it:

Google, youtube, Alphabet violated these policies by failing to prevent dangerous activities shown on youtube for minors to see and this collects information from children in videos without consent.

I am injured because youtube flagged my channel for videos it says contained minors ~~as it is~~ thus it this is the case youtube collected info without consent in violation of privacy laws. Retaliation in violation of fair labor Standard Act, First Amendment violation, Failure to return Data and to Disclose it does not return Data before Agreeing to Join youtube

1

## VII.    DEMAND FOR RELIEF

2   State what you want the Court to do.  Depending on your claims, you may ask the Court to award you

3   money or order the defendant to do something or stop doing something.  If you are asking for money, you

4   can say how much you are asking for and why you should get that amount, or describe the different kinds of

5   harm caused by the defendant.

6   restore channel, Pay owed royalties
7   based on interest compounded 100
8   percent daily, change Policies
9   that are discrimatory by defining
10  Dangerous and ensure no children
11  are in videos by making users
12  agree to age requirement of
13  participants.

14

15

## VIII.   DEMAND FOR JURY TRIAL

17  Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

18  ☑ Plaintiff demands a jury trial on all issues.    Amentment 7

19

20                                            Respectfully submitted,

21                                            Robert Boyd

22  Date:  7-5-25        Sign Name:  _____

23                      Print Name:  robert Boyd
24                                   rob Run Corleone

25

26

27

28

Copy this page and insert it where you need additional space.

*See attachments*

*Attachment*

In The United States District Court
For the Northern District
of California (San Francisco)

Robert Boyd

Rob Run Corleone LLC

Vs

Google LLC

YouTube LLC

Alphabet Inc

Case number:

42 USC 1983, Tort, Restraining order, and Injuction

Now comes Plaintiff appearing Pro persona and moves this court to grant relief. Plaintiff requests this

court consider his motion liberally in accordance with haines v kerner 404; Request to

proceed in forma Pauperis ~~&~~ Youtube studio

Was terminated before Plaintiff had opportunity

to file An appeal based on guideance ~~&~~ in youtube

studio ~~Ree~~ App.

Statement of Facts

On 3/14/2025 plaintiff stopped uploading videos on his phone. On 3/15/2025 at around 8 a.m. Plaintiff

had a party and left his phone on the table at his home inside a safe that was to be used to make a

video. Plaintifff came back minutes later and noticed the safe and phone was missing. He thought it was

1

a joke but someone had stolen the phone. He began to look and thought the phone was misplaced. He then told everyone to leave. He searched but did not find the phone. Hours later on another phone he received an email that his youtube channel had to terminated because he violated community guidelines. He called around to people and finally located the phone at his old address out of the safe on the side walk. Plaintiff then noticed several downloads on his phone and assumed the last video posted had violated community guidelines. Plaintiff's information had been secretly obtained for months. Two days prior someone hacked his door dash account and he had to order a new door dash card see exhibit A. Months prior google had sent him a notice stating someone had hacked his passwords see exhibit B. Plaintiff appealed the youtube termination stating that their were several videos of young people doing alleged dangerous stunts that had fell or been injured that did not violate community guidelines and sent various letters to youtube and appeals showing the difference in the videos as well as a police report of his stolen phone. Youtube ignored all requests and stated the youtube channel was to be remained terminated. During the monetization period youtube also failed to pay plaintiff his commission within 90 days of selling products for brands to be named later. Youtube also denied plaintiff the right to be treated as a contractor by taking taxes from all monies paid by adsense from advertising brands and did not allow plaintiff to seek exempt from taxes thus treating plaintiff as an employee. Futhermore youtube was selective in flagging videos for violating community guidelines of content that shows minors or kids doing dangerous stunts. Plaintiff also faxed a copy of the police report to google and youtube to show them he did not upload any videos on 3/15/2025 and a declaration and affidavit that youtube and google ignored. Plaintiff is prejudice because he no longer can get paid rom adsense for the views on his youtube which pays his monthly bills. Youtube policy on terminating channels but not returning he videos uploaded also is a miscarriage of justice. Plaintiff a rapper named Rob Run Corleone with a label signed to Empire Distribtuion, Roc nation Distribution, and Onerpm is also an author of How to repair your credit in 180 days, my night with an NBA wife, and a

donator of the Trump Campaign as well as serving as a fundraiser for presidential candidate Anthony

Hudson and a media relations author on news break interviewing Presidential candidate Anthony

Hudson. He has filed over 1000 motions reducing senetences for over 400 inmates in yazoo city, Terre

haute and other prisons, and attended college at Draughons junior college and Harvard online.Now

comes this motion for relief.

Google

1. Youtube automated system of flagging videos for violating community guidelines is selective by

   stunts and race based on the videos plaintiff has provided that are similar as well as discrimative

   and the statue of community guidelines and terms of service and child safety policy  that shows

   minors doing dangerous activities is vague and should be invalidated  and should be void for

   vagueness because it lacks mens rea and youtube and google do not request the age of the

   participants in the video Citing Johnson v U.S. no .13 -7120 2013, Bifulco vs U.S. 447, Chevron vs

   Natural gas 467 U.>S 837 (1984),  in violation of the 5th and 14th amendment, and 8th

   amendment, violations of Amendment 587  as well as the human review.

Google has been known to have security and policy issues citing State of Rhode Island v Alphabet Inc no.

20-15638 9th cir 2021 holding Google had a cyber security and privacy Bug.  Vague policies especially in

legal or regulatory contexts, are problematic because they fail to provide clear and understandable

guidance, potentially leading to arbitrary enforcement and unfair outcomes. Statue must explicitly state

and define what conduct is prohibited and punishable citing Chevron v natural gas 467 U.S. 837. Here

Youtube policy on community guidelines and terms of service violations in reference is vague and does

not state or define what conduct is prohibited it just states dangerous acts. But based on Plaintiff's

3

channel their were other similar stunts done by videos that stated children, minors, and teens, that youtube did not flag and in these videos the children or teens caused harm to them selves but they did not in plaintiffs videos. See exhibit C. Videos links of videos that caused harm to teens and children that were not flagged and those videos included children but plaintiff is black or African American and black foot Indiana decent via his picture on his channel and the participants are foreign but plaintiff did not state they were children or teens they could have very well been grown midgets because youtube, google, nor alphabet require the creator to state what age or the participants in the videos. Futhermore youtube did not define dangerous nor ~~fil4ed~~ filed a report, nor defined dangerous in a report based on California assembly bill 587 holding that social media companies must report publicly on their content moderation practices including policies on hate speech, extremism, harassment, and disinformation such as the flawed community guidelines policy and to provide data on enforcement of those policies. Youtube has failed to report data on flagged or removed posts and has not defined or disclosed their policies on disinformation in accordance with Xcorps legal challenge and the new injuction. Thus plaintiff is prejudiced because his third strike for a flagged video stopped him form creating from his channel in violation of the first amendment and Due process and earning from adsense from his videos that are monetized in which he earns roughly $2000 per month to pay his bills and about $800 through Empire distribution for the license of his music. Futhermore youtube violated its policy of restoring channels that are hacked and deleting the videos on the page during the hack when Plaintiff in an affidavit stated his phone was stolen and showed that people had tried to hack his debut cards and channels and youtube had even or google had sent a prior notice of such but ignored the police report and did not restore the hacked channel in violation of the 14th amendment of those with similar conduct. Plaintiff states even if he had uploaded the video the mens rea state of mind of the creator or channel creator was not known because youtube doesn't have a policy that requires the age of video participants and cannot assume age. Those this court or jury should hold that the channel be restored and all channels

4

who received a third strike based on this vague policy whom which this applied and the channel was terminated by youtube to get their channel restored based on an injunction and a restraining order should be ordered against youtube to stop terminating channels based on this flawed policy and the court should require youtube to define or show examples of dangerous, order before a video is uploaded to ask if any participants are under age of 18, and use a different system to flag videos other then there selective system that has flagged videos of minorities in favor of not flagging videos of those by caucasian decent or white. Youtube cannot terminated channels were creators earn a living based on vague and selective policies that discriminate and must abide by their own policy when deciding to restore hacked terminated pages and deleting thos vidoes that violated the policy. Futhermore plaintiff added no permissions for other users to use his channel so youtube cannot keep stating plaintiff allowed someone from his team to upload a video because youtube has only one way to determine permissions and that is using an email in youtube studio under permissions and stating they are an editor or manager which plaintiff does not. see exhibit D. youtube vaguely stating plaintiff gave someone permission without having knowledge.

5

Youtube violated 47 USC 230 (2) by failing to prevent dangerous activities to be shown on youtube

In accordance with 47 USC 230 (2) services must be provided to users to have control over the information they receive. Plaintiff asserts in exhibit 4. shows minors and teens doing dangerous stunts in which they fall and cause injury and this would prompt other minors to do such. Plaintiff states that after his youtube was taken for the same similar stunt he did these stunts and fell off bikes and on the ground causing minor injuries and the person who stole the phone could have watched these videos and thought that they could upload these types of videos and not be flagged. A jury would find that youtube has videos that cause serious injury to others and minors perform them and this could cause injury and thus this claim is ripe. *Thus this violats title 5 privac(y.*

If Plaintiff violated community guidelines for his video then Youtube violated 15 USC 6501 (i) of the Children's online privacy Act because if youtube states that there are minors in the video then it collected information about the participants without permission.

15 USC 6501 states that all video uploads by minors must have a verifiable parent's consent, and include a request for authorization before uploading the video and youtube does not have that policy and thus cannot say that the video uploaded on plaintiff's channel was a video of kids or minors doing dangerous stunts because it did not request authorization for parental consent which it should have had. Youtube targets children  see 15 USC 6501 (10) but fails to have these protections. Had youtube had these protections in place. The video would not have uploaded to plaintiff's page. Futhuremore Youtube directs commercials to purchase goods and services to minors through adsense but in relatively the law prohibits commercials to be marketed to minors. Futhermore youtube cannot state their were minors in the video because it did not collect information about the participants nor did it have authorization from a parent or guardian to collect information unless it did so without permizssion. *This this violats   title 5 privg.*

Youtube suppressed distribution for Plaintiff's new channel although chose channels did not violate community guidelines in violation of the 14th amendment

And section 230

Plaintiff asserts that Youtube is violating section 230 by using algorithmic recommendations on its content and suppressing videos others including new creators and creators who don't upload videos on a regular basis so that others will purchase google ads and sometimes the shorts videos have 0 views because youtube system is picking up ip addresses and not circulating those videos without the knowledge of creators and does not disclose before uploading a video that if a creator violates community guidelines they will not be able to get their data from youtube. Plaintiff asserts that his new channels have over 1000 subscribers and he is also the manager of dce tay  channel youtube selectively is not circulating the videos despite the channel having 1700 subscribers and the videos were circulating before his ip address was picked up by the system uploading the videos see exhibit __B__ . Youtube is selective about the videos that it states violated community guidelines and is unfair and violates the 14th amendmene4t, it prefers to distribute some content over others see exhibit _were facebook stated it distributes videos more  based on criteria but doesn't inform creators this in the beginning. Discovery should be allowed for youtube to show what happens when a video is uploaded compared to other channels and plaintiff can show this as well based on his channels. Plaintiff faces a civil disability because he cannot get paid from the license of his song in uploaded shorts videos and the artist videos and creators are being suppressed or not circulating. For this  motion suppressed is defined  as not circulating the videos and stopping them from being distributed in ways such as Drake, Kendrick Lamar, Card B, and Bone the Mack videos are being circulated. Every creator is equal despite the popularity and should be given an opportunity to create and their videos circulated like others in violation of 6th amendment

Youtube and google  retaliated against creator  in violation of  Fair labor standard Act and Alphabet Inc and Google failed to supervise Youtube and Google and Youtube and google breached its contract and duty by not paying Plaintiff in a timely manner after selling products and KRS 337.427 Kentucky law

Once accepted into adsense a creator like plaintiff gets paid from adsense owned by google for his videos on youtube from advertisors either by selling product or commercials placed on videos that other users click on. Youtube does not disclose in the beginning before being accepted in the program that 3 strike community guidelines that terminate a creators channel will stop the payment from adsense for products already sold by the creator and from commercials watched by users of plaintiffs videos or a creators videos. Youtube takes out a federal tax before making the payment. Plaintiff assesrts before his channel was terminated he had made $900 which a portion was to be taxed  from his videos he uploaded and around $200 for products he sold that netted companies around $2000. The commercials were watched by users who made purchases and youtube cannot withold earnings for work that was already completed that was taxed. Because youtube takes out a tax and does not give creators a choice of how much taxes are taken out they are treating creators as w2 employees rather then 1099 workers. Non payment for work already done violates the Fairklabor standard act as well as the 13th amendment of slavery because youtube does not disclose in the beginning that violating the community guidelines stops a creator from being paid monies he is or she is owed and the fact that youtube stated in the agreement that it would pay a creator within 90 days of selling  a product but did not pay a creator like plaintiff is a breach of contract and dutyAlphabet inc and google failed to supervise youtube.

Plaintiff asserts he showed a police report that the channel was hacked but youtube stated it needed something else but did not state what that something else could be and google and alphabet failed to supervise their employess the correct way to handle these types of issues. And not paying timely violated Kentucky law 337.427 collecion of unpaid wages.

7

violations of fair labor standards Act
and Wage Theft and breach of Contract

you tube, google, and alphabet Inc violated the fair
labor standards Act by failing to Pay Plaintiff
within 90 days from the time plaintiff ~~sold~~ sold
products for brands that youtube was to collect
payment. This also is A breach of contract and
Fiduciary duty. And youtube also failed to Pay
plaintiff $900.00 ~~fee~~ from Payment from advitisors.

Plaintiff asserts that this claim is ripe pursuant to Macquarie Infastructure Corporation v Moah Partners

LP 601 U.S> _)_____ 2024 holding that omisssions by a plaintiff though not proven may be viable for

lawsuit purposes such as this one.

Youtube violated Plaintiff's First amendment violations pursuant to Trump v Meta 321

Plaintiff asserts Youtube violated Plaintiff's first amendment rights by not allowing a video similar to

other videos be uploaded and stated it showed minors engaging in activity that violated community

guidelines without knowing the actual age of the people in the video citing Trump v Meta 321 and thus

the video  should have been allowed and did not violate community guidelines.

8

Alphabet Inc, Youtube, and Google failed to supervise Youtube employeys in the human review sstatges that chose to terminate videos and channels which also was a breach of duty, breach of contract, and violation of a fiduciary duty and not paying plaintiff for the products he received commission for within 90 days as Youtube terns and agreements stated was a Breach of Duty, Fiduciary Duty, and Breach of Contract. And engaged in 13th amendment slavery by allowing content creators work and sale good s and not collect the commissions although the products had been sold and shipped to buyers

Plaintiff asserts in the content creator program or youtube creator. Creators earn money by ~~promiting~~ promoting products for companies such as nike, Amazon, and Addidas Etc. Creators do not get paid in advance as NIL contracts but have to earn money on commission. Plaintiff asserts he sold over $2000 worth of products but was not paid within 90 days as the agreement with Youtube stated thus Youtube breached its Contract, Duty, and Fiduciary duty in collecting these monies and distributing them as well as allowing companies to engage in the 13th amendment in violation of the `14th amendment and department of labor laws by working for free such as non voluntary servitude. Plaintiff is prejudiced because he was going to use the money earned to pay bills and for his medication and now he has to seek other areas to earn money. Futhermore had the human review employeyss stated watched the videos provided that were similar or had they read the police report and the others reports provided that showed all week people had tried to access Plaintiff's data and deleted the video on 3/14/25 it would see that the video was like similar vidoes and that Plaintiff did not violate terms of youtube community guidelines. Thus Youtube breached its contract by not collecting the monies owed, not distributing them to plaintiff, and not distributing them to plaintiff or paying him in a timely manner.

9

MOUNTAVIEW CA 74095 1

Not allowing a terminated channel to access the video he previously uploaded to the channel violates Patrick v Google no4:20-cv-05146 9th cir 2024

Plaitniff asserts that the policy that Youtube does not return data or videos uploaded to terminated channels violate Patrick V Google no 4 :20-cv-05146 9th cir 2024 because a user using plain knowledge would think he could recover any videos uploaded and before uploading a video or being excepted into the content creator paid program youtube does not state any data or videos would not be returned if the channel is terminated and one reading the user agreement of youtube would not think his data or videos would be lost and Google does not comply with California Privacy Act in sending those videos or data free upon request. Plaintiff channel should be reinstated in light of Sanders V Google  20 cv369917 9th cir . Plaintiff asserts he requested his data but Youtube did not send the data to him and he cannot now upload them to his own monetized website. Violation of Title 1 81.5 of the California Consumer Privacy Act  and also fails to comply with privacy act 1798.100, 1798.105, 1798.110, 1798.115, and 1798.125 because it does not provide a live email system nor a phone or customer service number to call and make a valid complaint  or fix an error and Youtube is a employer of the content creators excepted into the monetization program and a customer service  phone should be maintained to help those in the creator program because they are earning money and thus have civil interest in maintain their  work or for hire status or earning status.

8th amendment cruel and unusual  punishment

10

Plaintiff asserts that terminating his channel based on a video he did not upload on a day his phone was stolen and not restoring the channel after youtube read the police report and stops him from earning and uploading videos was 8th amendment cruel and unusual punishment.

Youtube denied plaintiff ordinary appeal after channel was terminated in violation of the 5th and 14th amendment

Plaintiff asserts that he was not allowed an ordinary appeal of users terminated by Youtube instead he had to email the help center who sent him a different link. Youtubers normally use youtube studio but plaintiff channel was terminated upon the community guideline violation and did not get to seek ordinary help from youtube studio appeals that could have been done by different people and would explain what he should say on appeal but the link did not state or give the normal help and guidance that youtube studio provided in stating an appeal in violation of the 5th and 14 th amendment of those simiraly situated. Thus his channel should be reinstated by jury verdict, injunction, or restraining order to stop the termination of the channel.

Amendment 7

Because the case in controversy involves $20 a jury trial may be awarded and Plaintiff requests trial via video because travel may be effected by the measles outbreak and California wildfires, and the Kentucky national disasters. And Plaintiff earns $2000 per month from youtube. And is over over $1000 plus interest compounded 100 percent daily while the channel is terminated.

11

Extreme and emotional distress

Plaintiff suggests he cannot sleep and has developed anxiety and typing and research of this case has effected his ability to think,rest, work out,perform routine duties, including urinating on himself on occasion because of his anxiety, and such as bathing and brushing teeth and has caused high blood pressure to rise. Plaintiff requests 250 million or more paid via check, or U.S. reserved notes, and 1 billion in stock for extreme and emotional distress

Youtube retaliated against Plaintiff for making statements

About the pay and created a hostile work environment

Plaintiff states he is prejudiced because Youtube is retaliating against him because he made statements on Facebook stating that he only was paid 1900 for 10 million views. He also requests an audit of youtube payment accounts on what advertisers pay youtube and whether youtube miscalculated payments to content creators. Youtube monitors other social media accounts of content creators recently CNN reporters who were not followers or facebook friends of plaintiff's contacted movants about statements he made on facebook. This shows major social media companies and forms monitor youtube channels.

12

Mountain view CA 94043 1

Not paying creators 1 cent per view on youtube violates U.S. labor laws because Youtube is an employer that collects taxes from creators and must adhere to cost of living increases

Plaintiff suggest that a jury should state that youtube pay creators 1 cent per view because it is an employer of content creators who collect taxes before it pays its creators their earned wage and acts as an employer and treats content creators excepted into its monetization program as employees setting rules for uploading and payouts. It does not act as a sole contractor or 1099 p̶l̶a̶y̶e̶r payee .Because the cost of living has increased. Monetized social media companies must adhere with the challenges of the economy and because youtube increased its advertisement costs it must increase pay to creators.

Exhibit _C_ - Police report and showing notices of potential or hacked accounts and google Alerts.

## Jurisdiction

This court has jurisdiction based on 28 USC 1333 and Article III and because the case of controversy involves constitutional violations and an amount above $75000 and Plaintiff is not lost at sea he is a breathing man. Involking General order no. 44.

youtube violated Equal Employment opportun. ty -EEO and EEOc equal opportunity Commission
youtube violated the EEO because it selectively terminated videos of Plaintiff but not of others deemed more violent.

## Conclusion

Withholding pay or returning pay for work already done is slavery in violation of the 13th Amendment.

Plaintiff prays this court grant relief and a jury trial awarded. Based on Amendment 7.

13

Alphabet Inc
1600 Amphitheatre Pkwy

904 Camden Avenue
Louisville 1.10.

Dated 4/1/2025

Respectfully Submitted

*Robert Boyd* (signature)

Robert Boyd

---

Certificate of service

I _____ *Robert Boyd* (signature) _____ do certify and swear that the following motion was mailed via

u.s. prepaid mail to the following location on this _ day of April 2025.

District Clerk of court
450 Golden Gate Avenue
San Francisco, CA 94102

Youtube
901 Cherry Ave
San Bruno, CA 94066

Google LLC
901 cherry Ave
San Bruno, CA 94066

ATⅯ tet Inc
160 E Amphitheatre Pkwy
Mountainville Ca 9004 4

Respectfully Submitted

Robert Boyd
~~704~~ 904 Camden Ave
Louisville, ky 40215
Contact info
502-356-0322
Email -
cave citu @gma.l.con
RobRun corteone LLC
904 Camden Avenue
Louisville, ky 40215

(14)

Alphabet Inc

Affidavit

I _____ do certify and swear pursuant to 28 USC 1746 that the following statement is a true declaration of events done this 2 day of April 2025.

"I did not upload any videos on 3/15/2025 my phone was stolen and youtube channel accessed without my permission and I didn't recover the phone until late 3/16/2025  and my door dash was hacked two days before and google sent me a notice that my passwords were hacked months prior."

Dated 4-1-2025                                             Robert Boyd

15

Exhibit A.

Exhibit D.
As well

10:36

On Fri, Apr 4, 2025, 5:21 AM Boyd Trucking &
Transportation Corporation <cavecitu@gmail.com> wrote:
My phone was stolen and someone uploaded videos on
3/15/2025 which caused my channel to be terminated
what else is needed to show I didnt give anyone
permission furthermore the video that was uploaded
their are three videos that are just like the video the
hackers uploaded that involved serious injuries to
minors and kids doing dangerous stunts yet that
actually are injured yet youtube states those videos do
not violate community guidelines unlike the video of
mine uploaded by thieves that Noone was I jured and
youtube doesn't have an age verification check so it
doesn't know the age of participants in the video. It is a
violation of the 14th amendment and selective flagging
videos done by minority uploaders Noone has
permission to upload videos to my channel someone
stole my phone uploaded a video that violated
comunity guidelines the only thing I know to do next is
file a lawsuit

https://youtu.be/rAd3VffwMvU?si=VieeV-B1Glcl7y6d

https://youtu.be/HJAkUk-9RfE?si=tbPuLlSoxIhqiFcT

https://youtu.be/IllwccbqAaw?si=EvSPEwyJmEpFFQQk

https://youtu.be/l3DJ2MJ5CzY?si=dgjYLknS0SxMiQhG

https://youtube.com/shorts/fqnXEQgbPxs?si=
084inBGCtny4a21V

https://youtube.com/shorts/FP_6puv8Zmo?
si=JihOhGp0zvfEbumz

https://youtube.com/shorts/iTktZ8rg3Zg?si=
0sBEmnGz2ZTAtjsx

On Thu, Apr 3, 2025, 11:45 PM <yt-partner-
> wrote:
Hi there,

16



Exhibit B.

17



Exhibit B

18







Screenshot_20250403_215...
416 KB
Fidelity  U know my birthday in 8 days

Commonwealth CU alert: Login
Alert  Inbox

donotreply@c...  7:44 AM
to me ~

Greetings from Commonwealth Credit Union!

This is a notification that your account in Commonwealth
Credit Union was accessed on 3/30/2025 at 7:44 AM. If it
wasn't you please follow the link to lock your account:
https://digitalbanking.ccuky.o
rg/selflock/LUweMM6Psk2kKkcbXUooYQ For further
assistance please contact us at 1-800-228-6420.

Sincerely,
Commonwealth Credit Union

Please do not respond to this message. Replies are
routed to an unmonitored email account.

Reply

Exhibit C

20



Screenshot_20250403_190...
345 KB
26581

7:02 PM

Texting with 28581 (SMS/MMS)

———— Unread ————

Cash App: This code is for you and only you. Code: 313-577. To prevent fraud, never share it anywhere or with anyone, including people posing as Cash App.

7:02 PM

Exhibit C

21





Exhibit

23



Screenshot_20250403_215...
307 KB

summary  Inbox

L    LendingTr...  3/27/2020    Unsubscribe
     to me ⌄

ⓘ ACCOUNT SUMMARY

**Identity
monitoring summary**

Your identity monitoring data
breach summary

Your information was found on the dark
web 1 time due to the data breaches. To

↰ Reply

Exhibit C



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

General Court Number
415-522-2000

Mark B. Busby
Clerk of Court

Date: 10 JUNE 2005

To: ROBERT BOYD

RE: Missing case opening documents.

The Clerk's Office received the documents you mailed to 450 Golden Gate Avenue, San
Francisco.

If you wish to open a civil case, complete and return the enclosed documents:

(✓) Civil Cover Sheet

(✓) Complaint form

( ) Employment Discrimination Complaint

( ) Complaint for Judicial Review of Decision of Commissioner of Social Security

(✓) Application to Proceed In Forma Pauperis or a check for $405 payable to "Clerk, U.S.
District Court"

( ) Magistrate Judge Consent/Declination form

( ) Proposed summons

If we don't receive a response by _10 JULY 2005_ the documents you mailed us will be
discarded.

Sincerely,
Mark B. Busby, Clerk
By: