Robert Boyd
904 Camden Avenue
Louisville, Ky 40215

  

Retail
U.S. POSTAGE PAID
FCM LG ENV
LOUISVILLE, KY 40203
JUL 07, 2025
94102
$3.15
RDC 99
S2322S500107-25

United States District Court
Northern District of California
Clerk of Court
450 Golden Gate Avenue
San Francisco, CA 94102

**RECEIVED**
JUL 11, 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

