Clear Form

FILED

AUG 1 1 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Boyd
rob Run lor Home LLC
_____ Plaintiff,

vs.

youtube LLC
google
Alphabet Inc.
_____ Defendant.

CASE NO. CV25-6786

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

JCS

I, Robert Boyd, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                     Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____March youtube Payment_____
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.   Business, Profession or              Yes ___ No ✓
8            self employment?
9       b.   Income from stocks, bonds,           Yes ___ No ✓
10           or royalties?
11      c.   Rent payments?                        Yes ___ No ✓
12      d.   Pensions, annuities, or               Yes ___ No ✓
13           life insurance payments?
14      e.   Federal or State welfare payments,    Yes ___ No ✓
15           Social Security or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____
21 3.   Are you married?                           Yes ✓ No ___
22 Spouse's Full Name: _____Tamika Roberts_____
23 Spouse's Place of Employment: _____no employment_____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____1,000_____ Net $_____1,000_____
26 4.   a.   List amount you contribute to your spouse's support:$ __1,000__
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support.  (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  Phillip Roberts Jr
3  _____
4  5.   Do you own or are you buying a home?         Yes ___ No ✔
5  Estimated Market Value: $_____  Amount of Mortgage: $_____
6  6.   Do you own an automobile?                    Yes ✔ No ___
7  Make ~~Maserati~~ Dodge   Year 2014   Model 6h.bi
8  Is it financed? Yes ✔ No ___  If so, Total due: $ 11,000
9  Monthly Payment: $ 200
10 7.   Do you have a bank account?  Yes ✔ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Commonwealth Credit
12 Union
13 Present balance(s): $ $1.70
14 Do you own any cash? Yes ___ No ✔ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                    Yes ___ No ✔
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ 1,300                Utilities: 500
20 Food: $ 1,500                Clothing: 500
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 _____  $ _____  $ _____
24 _____  $ _____  $ _____
25 _____  $ _____  $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 No

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?    Yes ____    No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _____          _____
12      DATE                                            SIGNATURE OF APPLICANT