UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>YOUTUBE, LLC, et al.,<br><br>    Defendants. | Case No. 25-cv-06786-JCS<br><br>**ORDER FOR ADDITIONAL INFORMATION IN SUPPORT OF IN FORMA PAUPERIS APPLICATION** |

Plaintiff Robert Boyd has filed an application to proceed in forma pauperis in this case. Dkt. no. 2 ("Application"). The Court cannot determine from the information supplied whether Boyd qualifies for in forma pauperis status. In particular, in his response to Question No. 1, Boyd states that the last wages or salary he received was a "March Youtube Payment" but he does not state the amount of that payment. The Court also notes that both the caption of the complaint and the Application list a second plaintiff, "Rob Run Corleone LLC." No financial information has been supplied as to that entity. Finally, in an attachment to the Complaint, Plaintiffs states that in addition to receiving $2000/month from YouTube, before his account was blocked, Boyd also received $800 a month in licensing fees for his music from "Empire." However, no licensing fees are listed in the Application.

Accordingly, Plaintiff Robert Boyd shall file an amended application that provides more complete information about his financial circumstances. In addition, a separate application shall be filed providing financial information for Plaintiff Rob Run Corleone LLC. These materials

shall be filed by **September 4, 2025**.  Failure to provide the requested materials may result in denial of Plaintiff's Application.

**IT IS SO ORDERED.**

Dated:  August 14, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge