UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BOYD,

Plaintiff,

v.

YOUTUBE, LLC, et al.,

Defendants.

Case No.  25-cv-06786-JCS

**REPORT AND RECOMMENDATION**

Plaintiff in this action is proceeding pro se. On September 5, 2025, the Court denied Plaintiff's application to proceed in forma pauperis after Plaintiff failed to supply complete information in support of his application in response to the Court's August 14, 2025 Order.  Dkt. nos.  4, 6.  In the September 5, 2025 Order, the Court ordered that Plaintiff pay the filing fee no later than September 19, 2025.  *Id.*  He has not done so. Plaintiff also has not consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c).  Accordingly, this case shall be reassigned to a district judge with the recommendation that the case be dismissed without prejudice on the basis that Plaintiff has not established that he is indigent and has not paid the filing fee.

If Plaintiff objects to this recommendation, he may file an objection within two weeks of the date on which he receives a copy of this Report & Recommendation.

**IT IS SO ORDERED.**

Dated:  September 22, 2025

_____

JOSEPH C. SPERO
United States Magistrate Judge