UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOYD, | Case No.25-cv-06786-TLT |
| Plaintiff, | |
| v. | **JUDGMENT** |
| | Re: Dkt. No. 12 |
| YOUTUBE, LLC, et al., | |
| Defendants. | |

On October 17, 2025, the Court adopted Judge Spero's Report and Recommendation dismissing Plaintiff's case.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 5, 2025

TRINA L. THOMPSON
United States District Judge